| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-12459-AMC**

Javon Jeter
Guardian, Arlene Jeter
2219 Bond Ave
Drexel Hill  PA     19026

Petition Filed Date: 09/14/2022
341 Hearing Date: 10/28/2022
Confirmation Date: 03/08/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/09/2022 | $760.66 | | 02/15/2023 | $1,200.00 | | 02/23/2023 | $1,360.00 | |
| 03/08/2023 | $268.00 | | 06/05/2023 | $870.00 | | | | |

**Total Receipts for the Period:  $4,458.66    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $5,328.66**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JEANNE MARIE CELLA ESQ | Attorney Fees | $1,750.00 | $1,750.00 | $0.00 |
| 1 | PECO ENERGY COMPANY<br>»» 001 | Unsecured Creditors | $2,127.16 | $0.00 | $2,127.16 |
| 2 | ROCKET MORTGAGE LLC<br>»» 002 | Mortgage Arrears | $38,160.80 | $2,199.22 | $35,961.58 |
| 3 | UPPER DARBY TOWNSHIP<br>»» 003 | Secured Creditors | $2,499.49 | $144.05 | $2,355.44 |

Chapter 13 Case No. 22-12459-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,328.66 | Current Monthly Payment: | $840.10 |
| Paid to Claims: | $4,093.27 | Arrearages: | $2,152.80 |
| Paid to Trustee: | $443.69 | Total Plan Base: | $49,486.46 |
| Funds on Hand: | $791.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.