UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Javon Jeter : Bankruptcy No. 22-12459

       Debtor : Chapter 13

## ORDER

AND NOW, this __23rd__ day of __May__, 20__24__, upon consideration of Debtor's Motion for Post-Confirmation Modification of Chapter 13 Plan, it is hereby ORDERED that said Motion shall be GRANTED.

IT IS FURTHER ORDERED THAT Debtor's Modified 3rd Amended Chapter 13 Plan shall be confirmed.

BY THE COURT:

_____
Honorable Ashely M Chan
United States Bankruptcy Court