Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 22-12459-AMC**

Javon Jeter  
Guardian, Arlene Jeter  
2219 Bond Ave  
Drexel Hill  PA    19026

Petition Filed Date: 09/14/2022  
341 Hearing Date: 10/28/2022  
Confirmation Date: 03/08/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/10/2023 | $870.00 | | 09/05/2023 | $870.00 | | 09/11/2023 | $1,100.00 | |
| 09/13/2023 | $1,000.00 | | 10/03/2023 | $870.00 | | 11/08/2023 | $900.00 | |
| 05/07/2024 | $3,375.00 | | 05/21/2024 | $840.00 | | 06/24/2024 | $840.00 | |

**Total Receipts for the Period:  $10,665.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $15,123.66**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | JEANNE MARIE CELLA ESQ | Attorney Fees | $1,750.00 | $1,750.00 | $0.00 |
| 1 | PECO ENERGY COMPANY<br>»» 001 | Unsecured Creditors | $2,127.16 | $0.00 | $2,127.16 |
| 2 | ROCKET MORTGAGE LLC<br>»» 02A | Mortgage Arrears | $38,160.80 | $10,612.81 | $27,547.99 |
| 3 | UPPER DARBY TOWNSHIP<br>»» 003 | Secured Creditors | $2,499.49 | $695.13 | $1,804.36 |
| 4 | ROCKET MORTGAGE LLC<br>»» 02B | Mortgage Arrears | $5,686.77 | $672.24 | $5,014.53 |

**Chapter 13 Case No. 22-12459-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,123.66 | Current Monthly Payment: | $1,060.27 |
| Paid to Claims: | $13,730.18 | Arrearages: | $1,500.81 |
| Paid to Trustee: | $1,393.48 | Total Plan Base: | $55,854.46 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.