**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                            :
Javon Jeter                                       :          Bankruptcy No:  22-12459
      Debtor                              :             Chapter 13

**ORDER**

AND NOW, this 16th day of October, 2024, upon consideration of Debtor's Motion to Approve Sale of Real Estate, it is hereby **ORDERED** that the Motion is **GRANTED.**

1. Pursuant to 11 U.S.C. §§363 and 1303, the Debtor is authorized to sell his property located at 2219 Bond Ave, Drexel Hill, PA 19026 to Matthew T. Wilson for a price of $230,000.00; and the Debtor is further authorized to complete the sale, pay off any and all liens on the property to allow for clear title and associated closing costs, execute any and all documents in furtherance of the sale without further order of the court and to receive the net proceeds of the sale. The Debtor will submit a copy of the HUD1 settlement sheet to the Trustee after settlement.

2. The debtor shall pay to the Trustee from his unexempt net proceeds a lump sum payment to his Chapter 13 Plan in the amount of $2,363.51.

3. The deadline for the sale closing and receipt of funds should be within 60 days from the date of the order.

4. The stay provided by Bankruptcy Rule 4001(a)(3) is hereby waived.

This Order is contingent upon the mortgage lien(s) held by  Rocket Mortgage (POC #_2_) or its assigns being paid in full at closing pursuant to a proper payoff quote

obtained prior to and good through the closing date; or any short payoff shall be approved by

Rocket Mortgage; and Debtor shall have ninety (90) days from entry of

this Order to sell the Property.

Any judgments and liens shall be paid at closing in amounts necessary to provide the

buyer with clear title.

Upon receipt of payment, any creditor(s), paid at closing shall withdraw or amend its

proof of claim within 30 days.

The balance of sales proceeds after all the above distributions shall be paid to the

Debtor(s) $2,636.49, as sole owner(s) of the property.

ORDERED that this Order shall constitute an order permitting the Debtor(s) to make

disbursements at or immediately after settlement as provided herein above.

The title clerk shall email aswartz@readingch13.com and mspayd@readingch13.com a

completed HUD-1 or settlement sheet directly to the trustee no more than 7 days upon the close

of the settlement. The title clerk shall email a copy of the disbursement check to the trustee and

shall immediately transmit the actual disbursement check to the trustee by overnight courier to

the following address:

Scott Waterman, Esq<br>
Chapter 13 Standing Trustee<br>
2901 St Lawrence Ave, Ste 100<br>
Reading, PA 19606

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

BY THE COURT:

Ashely M Chan
Chief United States Bankruptcy Judge