United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12459-amc |
| Javon Jeter | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 16, 2024 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Javon Jeter, Guardian, Arlene Jeter, 2219 Bond Ave, Drexel Hill, PA 19026-1518 |
| nof | + | Arlene Jeter, 2219 Bond Avenue, Drexel Hill, PA 19026-1518 |
| cr | + | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 17 2024 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2024 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ MEBN | Oct 16 2024 23:59:54 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 18, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 16, 2024 | Form ID: pdf900 | Total Noticed: 6 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2024 at the address(es) listed below:**

**Name**   **Email Address**

DENISE ELIZABETH CARLON
  on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
  on behalf of Creditor Upper Darby Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JEANNE MARIE CELLA
  on behalf of Debtor Javon Jeter paralegal@lawjmc.com  r46298@notify.bestcase.com;pennduke@gmail.com

SCOTT F. WATERMAN [Chapter 13]
  ECFMail@ReadingCh13.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
Javon Jeter : Bankruptcy No: 22-12459
　　　　Debtor : 　Chapter 13

### ORDER

AND NOW, this 16th day of October, 2024, upon consideration of Debtor's Motion to Approve Sale of Real Estate, it is hereby **ORDERED** that the Motion is **GRANTED.**

1. Pursuant to 11 U.S.C. §§363 and 1303, the Debtor is authorized to sell his property located at 2219 Bond Ave, Drexel Hill, PA 19026 to Matthew T. Wilson for a price of $230,000.00; and the Debtor is further authorized to complete the sale, pay off any and all liens on the property to allow for clear title and associated closing costs, execute any and all documents in furtherance of the sale without further order of the court and to receive the net proceeds of the sale. The Debtor will submit a copy of the HUD1 settlement sheet to the Trustee after settlement.

2. The debtor shall pay to the Trustee from his unexempt net proceeds a lump sum payment to his Chapter 13 Plan in the amount of $2,363.51.

3. The deadline for the sale closing and receipt of funds should be within 60 days from the date of the order.

4. The stay provided by Bankruptcy Rule 4001(a)(3) is hereby waived.

This Order is contingent upon the mortgage lien(s) held by  Rocket Mortgage (POC # 2 ) or its assigns being paid in full at closing pursuant to a proper payoff quote

obtained prior to and good through the closing date; or any short payoff shall be approved by

Rocket Mortgage; and Debtor shall have ninety (90) days from entry of

this Order to sell the Property.

Any judgments and liens shall be paid at closing in amounts necessary to provide the

buyer with clear title.

Upon receipt of payment, any creditor(s), paid at closing shall withdraw or amend its

proof of claim within 30 days.

The balance of sales proceeds after all the above distributions shall be paid to the

Debtor(s) $2,636.49, as sole owner(s) of the property.

ORDERED that this Order shall constitute an order permitting the Debtor(s) to make

disbursements at or immediately after settlement as provided herein above.

The title clerk shall email aswartz@readingch13.com and mspayd@readingch13.com a

completed HUD-1 or settlement sheet directly to the trustee no more than 7 days upon the close

of the settlement. The title clerk shall email a copy of the disbursement check to the trustee and

shall immediately transmit the actual disbursement check to the trustee by overnight courier to

the following address:

Scott Waterman, Esq
Chapter 13 Standing Trustee
2901 St Lawrence Ave, Ste 100
Reading, PA 19606


Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

BY THE COURT:

_____
Ashely M Chan
Chief United States Bankruptcy Judge