| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

**File No./Escrow No.:**
OTC-30241-PA-F
**Print Date & Time:**
10/24/2024 04:12 PM
**Officer/Escrow Officer:**

**Settlement Location:**
6 Coulter Avenue, 2nd Floor, Ardmore, PA 19003

**One Team Abstract, LLC**

**8 Interplex Drive, Suite 117**
**Trevose, PA 19053**

| | |
|---|---|
| **Property Address:** | 2219 Bond Avenue, Drexel Hill, PA 19026 |
| **Buyer:** | Matthew T. Wilson, Solange Lora |
| **Seller:** | Arlene Shiryl Jeter, Administrator of the Estate of Shirese Jeter a/k/a Shirese M. Jeter, Shirese Jeter Wilson, deceased |
| **Lender:** | PennyMac Loan Services, LLC |
| **Settlement Date:** | 10/24/2024 12:00 PM |
| **Disbursement Date:** | 10/24/2024 |
| **Additional dates per state requirements:** | |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Financial** | | |
| | $230,000.00 | Sales Price of Property | $230,000.00 | |
| | | Deposit | | $20,000.00 |
| | | Loan Amount | | $184,000.00 |
| $4,600.00 | | Seller Credit | | $4,600.00 |
| | | **Prorations/Adjustments** | | |
| | | City/Town Taxes from 10/24/2024 to 12/31/2024 | $285.27 | |
| | | County Taxes from 10/24/2024 to 12/31/2024 | $63.55 | |
| | | School Taxes from 10/24/2024 to 6/30/2025 | $1,857.16 | |
| | $285.27 | City/Town Taxes from 10/24/2024 to 12/31/2024 | | |
| | $63.55 | County Taxes from 10/24/2024 to 12/31/2024 | | |
| | $1,857.16 | School Taxes from 10/24/2024 to 6/30/2025 | | |
| | | **Other Loan Charges** | | |
| | | Loan Amount (Points) | $2,936.64 | |
| | | Adminstration fee | $1,014.00 | |
| | | Broker fee to Next Door Lending | $4,600.00 | |
| | | Tax service | $74.00 | |
| | | 3rd party Processing to Avenu, LLC | $350.00 | |
| | | Appraisal: $600.00 POC-Borrower | | |
| | | Credit report to Next Door Lending | $60.00 | |

Copyright 2015 American Land Title Association.

All rights reserved.

OTC-30241-PA-F

Printed On: 10/24/2024 04:12 PM EST

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | Flood cert | $9.00 | |
| | | Mers | $23.70 | |
| $35.00 | | Title - Notary Fee to Margie Berger | $65.00 | |
| | | Prepaid Interest to PennyMac Loan Services, LLC | $282.24 | |
| | | **Impounds** | | |
| | | Aggregate Adjustment | | $943.12 |
| | | Homeowner's Insurance 4 mo @ $ 88.64/mo | $354.56 | |
| | | County tax 9 mo @ $ 123.58/mo | $1,112.22 | |
| | | School 5 mo @ $ 186.42/mo | $932.10 | |
| | | Property Taxes 9 mo @ $ 27.76/mo | $249.84 | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | 100 No Viol with One Team Abstract, LLC | $100.00 | |
| | | 300 Survey with One Team Abstract, LLC | $100.00 | |
| | | 900 EPL-Res with One Team Abstract, LLC | $100.00 | |
| | | ClosingProtecLtr with One Team Abstract, LLC | $125.00 | |
| $30.00 | | Courier Fee with One Team Abstract-700 | $15.00 | |
| | | Document Preparation Fee with One Team Abstract-700 | $50.00 | |
| | | Lender's Policy with One Team Abstract, LLC | $1,503.80 | |
| $36.00 | | Wire Fee with One Team Abstract-700 | $18.00 | |
| | | Owner's Policy with One Team Abstract, LLC | $262.20 | |
| | | **Commission** | | |
| $6,900.00 | | Real Estate Commission Buyers Broker to Keller Williams Main Line | | |
| | | **Government Recording and Transfer Charges** | | |
| $1,150.00 | | State Tax/stamps to Thomas J. Judge, Sr. | $1,150.00 | |
| | | Recording Fees (Deed) to Delaware County Recorder of Deeds | $120.25 | |
| | | Recording Fees (Mortgage) to Delaware County Recorder of Deeds | $226.25 | |
| $1,725.00 | | City/County tax/stamps to Thomas J. Judge, Sr. | $1,725.00 | |
| | | **Payoff(s)** | | |
| $147,849.71 | | Lender: Payoff of First Mortgage Loan to Rocket Mortgage<br>    Principal Balance as of 9/23/2024 $147,849.71<br>        Interest on Payoff Loan: 31 days @ $0.00/day for $0.00 | | |
| | | **Miscellaneous** | | |
| | | POA to Recorder of Deeds | $125.00 | |
| | | Homeowner's Insurance Premium to USAA | $1,063.72 | |
| $949.00 | | Legal Fees to Jeanne Marie Cella, Esquire | | |
| $3,053.02 | | Lien Payoffs sewer to Portnoff Law Associates | | |
| $2,711.46 | | 2024-2025 School Taxes to Upper Darby School District | | |
| $1,664.50 | | 2024 Township Taxes to Upper Darby | | |
| | | Flat Fee to KW Main Line | $395.00 | |
| $15,525.00 | | Inheritance tax escrow | | |

Copyright 2015 American Land Title Association.
All rights reserved.

OTC-30241-PA-F

Printed On:  10/24/2024 03:19 PM EST

| Seller | | Description | Borrower/Buyer | |
| Debit | Credit | | Debit | Credit |
| $200.00 | | Conveyancing and remibur to One Team Abstract-700 | | |
| $940.00 | | Concrete repair to D. LIBERATI | | |
| $39,949.64 | | Payoff to House Kings RBP | | |
| $2,363.51 | | Payment to Trustee to Scott Waterrman, Trustee | | |

| Seller | | | Borrower/Buyer | |
| Debit | Credit | | Debit | Credit |
| $229,681.84 | $232,205.98 | Subtotals | $251,348.50 | $209,543.12 |
| | | Due From Borrower | | $41,805.38 |
| $2,524.14 | | Due To Seller | | |
| $232,205.98 | $232,205.98 | Totals | $251,348.50 | $251,348.50 |

Copyright 2015 American Land Title Association.
All rights reserved.

OTC-30241-PA-F
Printed On: 10/24/2024 03:19 PM EST

## Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize One Team Abstract, LLC to cause the funds to be disbursed in accordance with this statement.

_____

Matthew T. Wilson

Arlene Shiryl Jeter, Administrator of the Estate of Shirese Jeter a/k/a Shirese M. Jeter, Shirese Jeter Wilson, deceased

By: _____

Arlene Shiryl Jeter, Administratrix

_____

Escrow Officer

Copyright 2015 American Land Title Association.
All rights reserved.

OTC-30241-PA-F

Printed On: 10/24/2024 01:25 PM EST

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize One Team Abstract, LLC to cause the funds to be disbursed in accordance with this statement.

*Matthew Wilson, by Solange Lora as his Attorney in Fact*

Matthew T. Wilson

*J. Lora*

Solange Lora

Arlene Shiryl Jeter, Administrator of the Estate of Shirese Jeter a/k/a Shirese M. Jeter, Shirese Jeter Wilson, deceased

By: _____

    Arlene Shiryl Jeter, Administratrix

_____
Escrow Officer

Copyright 2015 American Land Title Association.
All rights reserved.

OTC-30241-PA-F
Printed On: 10/24/2024 04:12 PM EST