**Jeanne Marie Cella and Associates, LLC**
**BY:  JEANNE MARIE CELLA, ESQUIRE**
**221 N Olive St**
**Media, PA 19063**
**Telephone: (610) 505-0541**                                                                 **Attorney for Debtor**

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Javon Jeter | : | Chapter 13 |
| Debtor | : | Bky. No. 22-12459 |

### **PRAECIPE FOR CHANGE OF ADDRESS**

TO THE CLERK:

Please change debtors, Javon Jeter's address on the court record, as follows:

c/o Arlene Jeter, Guardian
1223 Cedarcroft Rd
Baltimore, MD 21239


Respectfully,

Jeanne Marie Cella and Associates, LLC


**BY:**/s/: Jeanne Marie Cella, Esq
    **Jeanne Marie Cella, Esquire**
    Attorney for Debtors

Date:  November 14, 2024